FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 30   PM 2: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRYL J PUDERER | CIVIL ACTION<br>NO. 04-2718 |
| VERSUS | |
| OFFICER GEORGE ANSARDI, LAMARQUE<br>FORD, INC. ET. AL. | SECTION M |

## ORDER

Before the Court is a Motion for Summary Judgment brought by Defendants Officer George Ansardi and the City of Kenner, through its department of Police, and through its Mayor, Philip L. Capitano. The Motion is opposed by the Plaintiff and came for hearing on January 17, 2007, on the briefs. After consideration of the motions, the opposition and the applicable law, the Court grants the Motion.

The undisputed facts in this case are as follows: Plaintiff Darryl Puderer was stopped by Officer Ansardi leaving a dead end street at four o'clock a.m., adjacent to the Lamarque dealership in Kenner. The dealership had suffered previous burglaries. Puderer told Ansardi that he was at Lamarque Ford to pick up his property, and when Ansardi asked to look at the property, he observed four brand new tires in the bed of Puderer's truck. Puderer told Ansardi that he got the tires from the vehicle yard. After Puderer told Ansardi the tires and rims came from the Lamarque yard, he was arrested.

___ Fee_____
___ Process_____
X̲ Dktd_____
⊿ CtRmDep_____
___ Doc. No_____

Puderer later stood trial and was found not guilty.  Puderer now brings this action against the Defendants alleging that they violated his constitutional rights by arresting him without probable cause.

A review of the facts shows Ansardi had probable cause to arrest Puderer and therefore did not violate Puderer's Constitutional rights.  Ansardi is entitled to qualified immunity. See FRCP 56 (c));  *See Also* Saucier v. Katz, 533 U.S. 194, 200; 121 S.Ct. 2151, 2156 (2001).

**Accordingly**, the Motion for Summary Judgment is **GRANTED**, and Plaintiff's claims are **DISMISSED** with prejudice.

New Orleans, Louisiana, this 29th day of January, 2007.

_____
Peter Beer
United States District Judge

2